UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Elliett Cornal Sharpe	Docket No. 5:15-CR-124-2FL

## Petition for Action on Supervised Release

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elliett Cornal Sharpe, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 500 Grams or More of Cocaine in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 4, 2015, to the custody of the Bureau of Prisons for a term of 129 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Elliett Cornal Sharpe was released from custody on June 16, 2023, at which time the term of supervised release commenced where the defendant resides in the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervising United States Probation Officer (USPO) in the Eastern District of New York, Alecia Ogir, requests the conditions of supervised release be modified to establish a monthly fine payment of $25.00. Although the special assessment has been satisfied, Sharpe has an outstanding fine balance of $4,725.00. According to USPO Ogir, the defendant is disabled, unemployed, and receiving a monthly Social Security benefit of $914.00. After reviewing Sharpe's monthly cash flow, USPO Ogir recommends a monthly payment of $25.00 per month.

The Eastern District of New York further requests that the mandatory drug testing condition be suspended. USPO Ogir provided a letter from the defendant's medical provider informing Sharpe has been diagnosed with End Stage Renal Disease. Consequently, the provider confirmed Sharpe cannot void urine on demand.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the criminal monetary fine in monthly installments of $25.00, to commence immediately.

2. The drug testing condition is suspended, based on the defendant's medical condition.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: August 24, 2023

**Elliett Cornal Sharpe**
**Docket No. 5:15-CR-124-2FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___25th___ day of ___August___, 2023, and ordered filed and made a part of the records in the above case.

_Louise V. Flanagan_
Louise W. Flanagan
U.S. District Judge